UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
KRYSTYNA A. GMYREK,

                Plaintiff,

-against-

METROPOLITAN LIFE INSURANCE CO.,

                Defendant.
-----------------------------------------------------------------X

JUDGMENT
04-CV- 3801 (JG)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ AUG 24 2007 ★

       A Memorandum and Order of Honorable John Gleeson, United States District having been filed on August 20, 2007, granting defendant's motion for summary judgment; it is

       ORDERED and ADJUDGED that plaintiff take nothing of the defendant; and that defendant's motion for summary judgment is granted.

Dated: Brooklyn, New York
         August 23, 2007

s/Robert C. Heinemann
―――――――――――――――
ROBERT C. HEINEMANN
Clerk of Court